ACCEPTED
03-13-00025-CV
7301451
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 9:02:00 PM
JEFFREY D. KYLE
CLERK

# The Chimene Law Firm

2827 Linkwood Dr.
Houston, TX 77025
michelec@airmail.net

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 9:02:00 PM
JEFFREY D. KYLE
Clerk

October 8, 2015

Clerk, Third Court of Appeals
*Via* ECF

      Re: *Scarbrough v. Purser*; On Appeal to the Third Court of Appeal

Dear Sir:

In Scarbrough's Motion to Take Judicial Notice, the undersigned noted in her certificate of conference that she had not been able to contact Daryl Moore.

She has now heard from Mr. Moore and he is opposed to our Motion.

Thank you.

Respectfully,

/s/ MB CHIMENE

Michele Barber Chimene
04207500

Cc: D. Moore
    J. Crews